| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Vito Torchia, Jr. 244687**<br>**Brookstone Law, P.C.**<br>**4000 MacArthur Blvdk, Suite 1110**<br>**Newport Beach, CA 92660**<br>Tel: 800-946-8655<br>Fax: 866-211-9491<br><br>☒ *Attorney for Debtor(s)*<br>☐ *Debtor(s) appearing without attorney* | **FILED & ENTERED**<br><br>**SEP 25 2012**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY carranza DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>**Valonda, Pitts-Theus**<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:12-bk-10819-SK<br><br>CHAPTER: 13<br><br>**ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**<br>**[11 U.S.C. § 506(d)]**<br><br>DATE: **09/6/2012**<br>TIME: **8:30 AM**<br>COURTROOM: **1575**<br>PLACE: **Roybal Building, 15th floor, 255 East Temple Street, Los Angeles, CA 90012** |

**NAME OF CREDITOR HOLDING JUNIOR LIEN:** *Specializing Loan Servicing*

1. The Motion was:   ☐ Opposed     ☒ Unopposed     ☐ Settled by stipulation

2. The Motion affects the junior trust deed(s), mortgage(s), or other lien(s) encumbering the following real property ("Subject Property"), which is the principal residence of debtor(s):

    *Street Address:*          **6400 Cresent Park East**
    *Unit Number:*             **226**
    *City, State, Zip Code:*   **Los Angeles, CA 90094**

    Legal description or document recording number (including county of recording):

    ☒  See attached page.

3. The Subject Property is subject to the following deed(s) of trust, mortgage(s) or other lien(s) in the amounts specified securing the debt against the Subject Property, which will be treated as indicated:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                                Page 1                                                **F 4003-2.4.ORDER**

a. **_Chase Bank_** in the amount of $ _500,640.28._

b. **_Specialized Loan Servicing_** in the amount of $42,264.73  ☒ is  ☐ is not   to be avoided;

☐ See attached page for any additional encumbrance(s).

4. The motion is:

   a. ☐ DENIED   ☐ with  ☐ without   prejudice, on the following grounds:

      1. ☐   Based upon the findings and conclusions made on the record at the hearing
      2. ☐   Unexcused non-appearance by Movant
      3. ☐   Lack of proper service
      4. ☐   Lack of evidence supporting motion
      5. ☐   Other (specify):

   b. ☒ GRANTED on the following terms:

      i. The Subject Property is valued at no more than $ _395,000.00_ based on adequate evidence.

      ii. This avoidance of the respondent's junior lien is effective upon: ☐ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge in this case.

      iii. Before the discharge, no payments are to be made on the secured claim of the junior lienholder; maintenance payments are not to be made.

      iv. The claim of the junior lienholder is to be treated as an unsecured claim and is to be paid through the plan pro rata with all other unsecured claims.

      v. The junior lienholder's claim on the deed of trust, mortgage or lien shall be allowed as a non-priority general unsecured claim in the amount per the filed Proof of Claim.  The junior lienholder is not required to, but may file an amended Proof of Claim listing its claim as an unsecured claim to be paid in accordance with the Debtor's chapter 13 plan. If an amended claim is not filed, the Trustee may treat any claim on the debt (secured or unsecured) filed by the junior lienholder as unsecured upon entry of this order.

      vi. The avoidance of the junior lienholder's deed of trust, mortgage or lien is contingent upon: ☐ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge.

      vii. The junior lienholder shall retain its lien in the junior position for the full amount due under the corresponding note and deed of trust, mortgage or lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the Bankruptcy Code, or if the Subject Property is sold or refinanced prior to the Debtor's ☐ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                                    Page 2                                                   **F 4003-2.4.ORDER**

viii. In the event that the holder of the first deed of trust or any senior lien on the Subject Property forecloses on its interest and extinguishes the junior lienholder's lien rights prior to the Debtor's ☐ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge, the junior lienholder's lien shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale.

ix. ☐ See attached continuation page for additional provisions.

### 

DATED: September 25, 2012

_____
United States Bankruptcy Judge

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                                                 Page 3                                                           **F 4003-2.4.ORDER**

Order Number: ▓▓▓▓69 (56)

EXHIBIT "A"

LEGAL DESCRIPTION

Real property in the City of Los Angeles, County of Los Angeles, State of California, described as follows:

A CONDOMINIUM COMPRISED OF:

PARCEL NO. 1:

UNIT NO. 226 AS SHOWN IN THE PHASE 1 CONDOMINIUM PLAN, WHICH PLAN WAS RECORDED ON SEPTEMBER 6, 2005 AS INSTRUMENT NO. 05-2137312, AND THE FIRST AMENDMENT TO THE PHASE 1 CONDOMINIUM PLAN, WHICH AMENDMENT WAS RECORDED ON NOVEMBER 21, 2005 AS INSTRUMENT NO. 05-2821270, BOTH OF OFFICIAL RECORDS, CONSTITUTING A PORTION OF COMBINED LOTS 18, 19 AND 20 OF TRACT NO. 49104-05, IN THE CITY OF LOS ANGELES, AS PER MAP RECORDED IN BOOK 1272, PAGES 88 TO 93 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM, ANY AND ALL OIL, OIL RIGHTS, MINERALS, MINERAL RIGHTS, NATURAL GAS RIGHTS AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN, GEOTHERMAL STEAM OR OTHER RESOURCES, AND ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING, THAT MAY BE WITHIN OR UNDER THE UNIT, TOGETHER WITH THE PERPETUAL RIGHT OF DRILLING, MINING OR EXPLORING AND OPERATING THEREFORE AND STORING IN AND REMOVING THE SAME FROM THE UNIT OR ANY OTHER LAND, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM LANDS OTHER THAN THOSE CONVEYED HEREBY, OIL OR GAS WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE LAND, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS OR MINES; WITHOUT, WHOEVER, THE RIGHT TO ENTER UPON, DRILL, MINE, STORE, EXPLORE AND OPERATE THROUGH THE SURFACE OR THE UPPER FIVE HUNDRED (500) FEET OF THE SUBSURFACE OF THE UNIT AS RESERVED BY PLAYA CAPITAL COMPANY, LLC, A DELAWARE LIMITED LIABILITY COMPANY ("PLAYA CAPITAL"), BY DEED RECORDED SEPTEMBER 2, 2003 AS INSTRUMENT NO. 03-2543669 OF OFFICIAL RECORDS.

FURTHER EXCEPTING AND RESERVING THEREFROM, FOR THE BENEFIT OF PLAYA CAPITAL, EXCLUSIVE BLANKET EASEMENTS ("TELECOMMUNICATIONS EASEMENTS") OVER THE UNIT FOR ACCESS AND FOR PURPOSES OF CONSTRUCTING, INSTALLING, LOCATING, ALTERING, OPERATING, MAINTAINING, INSPECTING, UPGRADING, REMOVING AND ENHANCING TELECOMMUNICATIONS FACILITIES (AS DEFINED IN THE MASTER DECLARATION) AND PROVIDING TELECOMMUNICATIONS SERVICES (AS DEFINED IN THE MASTER DECLARATION).

RESERVING THEREFROM, FOR THE BENEFIT OF GRANTOR, ITS SUCCESSORS IN INTEREST AND OTHERS, EASEMENTS FOR ACCESS, ENCROACHMENT, SUPPORT, MAINTENANCE, DRAINAGE, USE, ENJOYMENT, REPAIRS AND FOR OTHER PURPOSES, ALL AS SHOWN IN THE MAP AND THE PLAN, AND AS DESCRIBED IN THE FOLLOWING DOCUMENTS:

A. THE MASTER DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR PLAYA VISTA, AS AMENDED OR RESTATED, WHICH WAS RECORDED ON FEBRUARY 7, 2000 AS INSTRUMENT NO. 00-187083 AND AMENDED BY A FIRST AMENDMENT THERETO RECORDED ON MARCH 26, 2001 AS INSTRUMENT NO. 01-481376, A

First American Title  06  0635268

Order Number: ████69 (56)

SECOND AMENDMENT THERETO RECORDED ON NOVEMBER 26, 2002 AS INSTRUMENT NO. 02-2875170, AND A THIRD AMENDMENT THERETO RECORDED NOVEMBER 26, 2002 AS INSTRUMENT NO. 02-2875171, ALL OF OFFICIAL RECORDS.

B. THE SUPERSEDING SUPPLEMENTAL DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR PLAYA VISTA (WATERSTONE), AS AMENDED OR RESTATED, WHICH WAS RECORDED SEPTEMBER 6, 2005 AS INSTRUMENT NO. 05-2137311 OF OFFICIAL RECORDS; AND

C. THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR WATERSTONE, AS AMENDED OR RESTATED, WHICH WAS RECORDED ON SEPTEMBER 6, 2005 AS INSTRUMENT NO. 05-2137313 OF OFFICIAL RECORDS.

FURTHER RESERVING THEREFROM, THE RIGHT TO ENTER THE UNIT TO COMPLETE AND REPAIR ANY IMPROVEMENTS OR LANDSCAPING LOCATED THEREON AS DETERMINED NECESSARY BY GRANTOR, IN ITS SOLE DISCRETION, IN ORDER TO COMPLY WITH REQUIREMENTS FOR THE RECORDATION OF THE MAP, THE GRADING OF SAID TRACT AND/OR IN COMPLIANCE WITH THE REQUIREMENTS OF APPLICABLE GOVERNMENTAL AGENCIES. THE CONDOMINIUM ESTATE (DEFINED BELOW) SHALL ALSO BE SUBJECT TO A RIGHT OF ENTRY BY THE GRANTOR UNTIL THE EXPIRATION OF ALL APPLICABLE STATUTES OF LIMITATIONS FOR THE FILING OF A COMPLAINT OR SUITE OR OTHER LEGAL REMEDIES AGAINST GRANTOR IN ANY WAY RELATING TO OR ARISING OUT OF THE DEVELOPMENT, CONSTRUCTION, TRANSFER AND/OR SALE OF THE CONDOMINIUM ESTATE BY GRANTOR. SAID ENTRY BY GRANTOR SHALL BE PRECEDED BY REASONABLE NOTICE TO GRANTEE BEFORE SAID ENTRY. IF THIS RESERVATION OF A RIGHT OF ENTRY IS NOT COMPLIED WITH BY GRANTEE, GRANTOR MAY ENFORCE THIS RIGHT OF ENTRY IN A COURT OF LAW. GRANTEE SHALL BE RESPONSIBLE FOR ALL DAMAGES ARISING OUT OF SAID BREACH INCLUDING ATTORNEY'S FEES AND COURT COSTS. THIS RESERVATION OF A RIGHT OF ENTRY SHALL AUTOMATICALLY EXPIRE ELEVEN (11) YEARS FROM THE LAST CLOSE OF ESCROW FOR A CONDOMINIUM IN THE COMMUNITY (AS THOSE TERMS ARE DEFINED IN THE DECLARATION).

PARCEL NO. 2:

AN UNDIVIDED 1/64TH INTEREST AS A TENANT-IN-COMMON IN AND TO THE COMMON AREA DESCRIBED IN THE PLAN WHICH ENCUMBERS LOTS 18, 19 AND 20 OF SAID TRACT NO. 49104-05.

PARCEL NO. 3:

EXCLUSIVE USE AREA EASEMENTS FOR PATIO PURPOSES AS ASSIGNED TO THE UNIT IN THE PLAN, AND EXCLUSIVE USE AREA EASEMENTS FOR SUBTERRANEAN PARKING AND STORAGE PURPOSES, IF APPLICABLE, AS ASSIGNED TO THE UNIT PURSUANT TO DESCRIPTIONS AND/OR DEPICTIONS OF THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR WATERSTONE, RECORDED SEPTEMBER 6, 2005 AS INSTRUMENT NO. 05-2137313, OFFICIAL RECORDS, AND/OR PLAN, AND SUBJECT TO THE PROVISIONS OF SAID DECLARATION (INCLUDING, WITHOUT LIMITATION, THE RESERVATION OF THE DECLARANT'S RIGHT TO RELOCATE AN ASSIGNED SUBTERRANEAN PARKING SPACE TO ANOTHER AREA OF THE GARAGE).

First American Title 06   0635268

Order Number: ████52 (56)

## EXHIBIT "A"

### LEGAL DESCRIPTION

Real property in the City of Los Angeles, County of Los Angeles, State of California, described as follows:

A CONDOMINIUM COMPRISED OF:

PARCEL NO. 1

UNIT NO. 47 AS SHOWN IN THE WATERSTONE PARKING AND STORAGE OWNERS ASSOCIATION CONDOMINIUM PLAN, WHICH PLAN WAS RECORDED ON NOVEMBER 21, 2005, AS INSTRUMENT NO. 05-2821271, OFFICIAL RECORDS, AND AS PER CERTIFICATE OF AMENDMENT RECORDED DECEMBER 23, 2005 AS INSTRUMENT NO. 05-3171107, OFFICIAL RECORDS, CONSTITUTING A PORTION OF LOTS 18, 19 AND 20 OF TRACT NO. 49104-05, IN THE CITY OF LOS ANGELES, AS PER MAP RECORDED IN BOOK 1272, AT PAGES 88 TO 93, INCLUSIVE, OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

RESERVING THEREFROM, FOR THE BENEFIT OF GRANTOR, ITS SUCCESSORS IN INTEREST AND OTHERS, EASEMENTS FOR ACCESS, ENCROACHMENT, SUPPORT, MAINTENANCE, DRAINAGE, USE, ENJOYMENT, REPAIRS, AND FOR OTHER PURPOSES, ALL AS SHOWN IN THE MAP AND THE PLAN, AND AS DESCRIBED IN THE FOLLOWING DOCUMENTS:

A. THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR WATERSTONE PARKING AND STORAGE OWNERS ASSOCIATION, AS AMENDED OR RESTATED, WHICH WAS RECORDED ON NOVEMBER 21, 2005, AS INSTRUMENT NO. 05-2821272 IN OFFICIAL RECORDS.

B. THE MUTUAL BENEFIT AGREEMENT REGARDING JOINT USE OF GARAGE (WATERSTONE CONDOMINIUMS), AS AMENDED OR RESTATED, WHICH WAS RECORDED ON NOVEMBER 21, 2005, AS INSTRUMENT NO. 05-2821273 IN OFFICIAL RECORDS.

FURTHER RESERVING THEREFROM, THE RIGHT TO ENTER THE UNIT (I) TO INSPECT THE PROPERTIES (AS DEFINED IN THE DECLARATION), (II) TO COMPLETE AND REPAIR ANY IMPROVEMENTS IT DETERMINES NECESSARY OR PROPER, IN ITS SOLE DISCRETION, (III) TO COMPLY WITH REQUIREMENTS FOR THE RECORDATION OF THE MAP OR THE CONSTRUCTION OF THE PROPERTIES, AND (IV) TO COMPLY WITH REQUIREMENTS OF APPLICABLE GOVERNMENTAL AGENCIES. GRANTOR SHALL PROVIDE REASONABLE NOTICE TO GRANTEE PRIOR TO ENTRY INTO THE UNIT EXCEPT FOR EMERGENCY SITUATIONS, WHICH SHALL NOT REQUIRE PRIOR NOTICE, BUT SHALL REQUIRE NOTICE TO GRANTEE WITHIN SEVEN (7) DAYS AFTER SUCH ENTRY WAS MADE. ANY DAMAGE CAUSED BY ENTRY UNDER THIS RESERVATION SHALL BE REPAIRED BY GRANTOR. THIS RIGHT OF ENTRY SHALL AUTOMATICALLY EXPIRE ELEVEN (11) YEARS FROM THE LAST CLOSE OF ESCROW (AS DEFINED IN THE DECLARATION) FOR THE SALE OF A CONDOMINIUM (AS DEFINED IN THE DECLARATION) IN THE PROPERTIES.

PARCEL NO. 2

AN UNDIVIDED 1.23% INTEREST AS A TENANT-IN-COMMON IN AND TO THE COMMON AREA (AS DEFINED IN THE DECLARATION) DESCRIBED IN THE PLAN.

06 0635268

*First American Title*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:


A true and correct copy of the foregoing document entitled: **PROPOSED ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

> **NOTE:** When using this form to indicate service of a proposed order, DO NOT list any person or entity in this service category.  Proposed orders do not generate an NEF.

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On (*date*)  09/21/2012   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Sandra R. Klein
255 E. Temple Street, Suite 1582/ Courtroom 1575
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u> <u>(state method for each person or entity served)</u>**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.


☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 21, 2012 | Stephanie Bradner | /s/ Stephanie Bradner |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: **ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]** was entered on the date indicated as entered on the first page of this judgment or order and will be served in the manner stated below:

**1.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**  Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) September 21, 2012, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

Sean D. Allen
Swedelson Gottlieb
sda@sghoalaw.com

Deborah Conley
McCalla Raymer
bkmail@prommis.com

Arnold L. Graff
Pite Duncan LLP
ecfcacb@piteduncan.com

Casper J. Rankin
ecfcacb@piteduncan.com

Ramesh Singh
Recovery Management Systems Corp
claims@recoverycorp.com

Kathy A. Dockery (TR)
efiling@Ch13LA.com

JP Morgan Chase Bank
Megan Lee Duncan LLP
ecfcacb@piteduncan.com

Vito Torchia
Brookstone Law PC
vjt@brookstone-law.com

United States Trustee (LA)
Ustpregion16.la.ecf@usdoj.gov

Jared D. Bissell
THE WOLF FIRM
wdk@wolffirm.com

☐ Service information continued on attached page

**2.   SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses stated below:

☐ Service information continued on attached page

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                          Page 5                                          **F 4003-2.4.ORDER**

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered   stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

Alliance One
P.O. Box 2449
Gig Harbor, WA 98335

American Express
P.O. Box 360001
Fort Lauderdale, FL 33336

American Express
P.O. Box 981535
El Paso, TX 79998

California Credit Union
P.O. Box 29100
Glendale, CA 91209

Calvary Portfolio Services
Attention:  Bankruptcy Department
500 Summit Lake Dr.
STE 4A
Valhalla, NY 10595

Capital One
P.O. Box 30281
Salt Lake City, UT 84130

Capital One Bank USA NA
P.O. Box 30281
Salt Lake City, UT 84130

Chase
P.O. Box 78035
Phoenix, AZ 85062

Chase/Bank One Card
P.O. Box 15298
Wilmington, DE 19850

CMI
4200 International Pkwy
75007

CMRE Financial Services
3075 E. Imperial Hwy.
Ste. 200
Brea, CA 92821

CPU/Citibank CBSDNA
P.O. Box 6497
Sioux Falls, SD 57117

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                                                           Page 6                                                              **F 4003-2.4.ORDER**

DSNB/Macys
P.O. Box 8218
Mason, OH 45040

Equable Ascent FNCL LLC
1120 W. Lake cook Road
Suite B
Buffalo Grove, IL 60089

First Equity Property Management
14011 Ventura Blvd #207
Sherman Oaks, CA 91423

Grandview-WA
3015 North Ocean Blvd., Suite 119
Fort Lauderdale, FL 33308

Great Lakes
P.O. Box 3059
Milwaukee, WI 53201

Home Depot/CBNA
P.O. Box 6497
Sioux Falls, SD 57117

Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054

Playa Vista

S.B.S. Lien Services
31194 La Baya Drive
Suite 106
Thousand Oaks, CA 91362

Sallie Mae
P.O. Box 9500
Wilkes Barre, PA 18773

Sallie Mae
P.O. Box 9635
Wilkes Barre, PA 18773


Seabreeze Management Company Inc.
39 Argonaut, Suite 100
Aliso Viejo, CA 92656

Shell/CBNA
P.O. Box 6497
Sioux Falls, SD 57117

Specialized Loan Servicing
8742 Lucent Blvd., Ste. 300
Littleton, CO 80129

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010* Page 7 **F 4003-2.4.ORDER**

specialized Loan Svcg
P.O. Box 266005
Littleton, CO 80163

Student Lan Express/GLH
5401 International
P.O. Box 7859
Madison, WI 53704

TEK Collect
P.O. Box 1269
Columbus, OH 43216

Union Bank
P.O. Box 85443
San Diego, CA 92186

Unique National Collections
119 E. Maple St.
Jeffersonville, IN 47130

Verizon Wireless
7000 S.W. Central Ave.
Albuquerque, NM 87121

Wells Fargo
1000 Blue Gentian Road
Suite 300
Saint Paul, MN 55121

Wells Fargo Financial

WF Financial Cards
CSCL DSP TM MAC N8
P.O. Box 14517
Des Moines, IA 50306

WFNNB/ Victoria Secret
P.O. Box 182789
Columbus, OH 43218

WFNNB/Lane Bryant
P.O. Box 182789
Columbus, OH 43218

☐ Service information continued on attached page

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                                              Page 8                                                       **F 4003-2.4.ORDER**