B6D (Official Form 6D) (12/07)

In re **Valonda Pitts-Theus**,    Case No. **2:12-bk-10819**
                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx7819** <br><br> **California Credit Union** <br> **P.O. Box 29100** <br> **Glendale, CA 91209** | | - | 8/16/2007 <br><br> **Auto Loan** <br><br> **2004 Volkswagen; New Beetle; 2 door; 74,196 mileage** <br><br> **per www.KBB.com value is $4,493.00** <br> Value $ 4,493.00 | | | | 6,858.05 | 2,365.05 |
| Account No. **xxxxxx2265** <br><br> **Chase** <br> **P.O. Box 78035** <br> **Phoenix, AZ 85062** | | - | 3/24/2006 <br><br> **1st Mortgage** <br><br> **960 Sq Ft.; 2 Bedroom Condo; 1 Bathroom located at: 6400 Cresent Park East, Unit 226, Playa Vista, CA 90094.** <br><br> **FMV per www.zillow.com is 353,400.00** <br> Value $ 320,000.00 | | | | 500,640.28 | 0.00 |
| Account No. **xxx-7629** <br><br> **First Equity Property Management** <br> **14011 Ventura Blvd #207** <br> **Sherman Oaks, CA 91423** | | - | **HOA Fees** <br><br> **960 Sq Ft.; 2 Bedroom Condo; 1 Bathroom located at: 6400 Cresent Park East, Unit 226, Playa Vista, CA 90094.** <br><br> **FMV per www.zillow.com is 353,400.00** <br> Value $ 320,000.00 | | | X | 11,390.31 | 0.00 |
| Account No. <br><br> **Playa Vista** <br> **6200 Playa Vista Dr.** <br> **Los Angeles, CA 90094** | | - | **960 Sq Ft.; 2 Bedroom Condo; 1 Bathroom located at: 6400 Cresent Park East, Unit 226, Playa Vista, CA 90094.** <br><br> **FMV per www.zillow.com is 353,400.00** <br> Value $ 320,000.00 | | | | 1,900.00 | 1,900.00 |
| **_1_** continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 520,788.64 | 4,265.05 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Valonda Pitts-Theus**                                           ,   Case No.   **2:12-bk-10819**
                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Seabreeze Management Company Inc.**<br>**39 Argonaut, Suite 100**<br>**Aliso Viejo, CA 92656** | - | | **HOA**<br><br>**960 Sq Ft.; 2 Bedroom Condo; 1 Bathroom located at: 6400 Cresent Park East, Unit 226, Playa Vista, CA 90094.**<br><br>**FMV per www.zillow.com is 353,400.00**<br><br>Value $  **320,000.00** | | | | **2,000.00** | **2,000.00** |
| Account No. **0278**<br><br>**Specialized Loan Servicing**<br>**8742 Lucent Blvd., Ste. 300**<br>**Littleton, CO 80129** | - | | **3/24/2006**<br>**2nd Mortgage**<br>**960 Sq Ft.; 2 Bedroom Condo; 1 Bathroom located at: 6400 Cresent Park East, Unit 226, Playa Vista, CA 90094.**<br>**FMV per www.zillow.com is 353,400.00**<br><br>Value $  **320,000.00** | | | | **42,000.00** | **42,000.00** |
| Account No. **xxxxxx8489**<br><br>**Wells Fargo**<br>**1000 Blue Gentian Road**<br>**Suite 300**<br>**Saint Paul, MN 55121** | - | | **11/01/2011**<br>**Deed of Trust**<br>**1500 Sq. Ft.; 2 Bedrooms; 1 Bathroom; 1 Car Garage located at: 5150 S. Gramercy Pl., Los Angeles, CA 90062**<br>**FMV per www.zillow.com is $219,700.00**<br><br>Value $  **219,700.00** | | | | **230,467.08** | **0.00** |
| Account No. | | | <br><br><br>Value $ | | | | | |
| Account No. | | | <br><br><br>Value $ | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)  **274,467.08**   **44,000.00**

Total (Report on Summary of Schedules)  **795,255.72**   **48,265.05**